STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Curtis Smith  -- DOC No. 307909
A.V.C.  C-3  A-2
1630 Prison Road
Cottonport, La 71327

**REHEARING ACTION: July 28, 2010**

**Docket Number: 10   00235-KH**

**STATE OF LOUISIANA
VERSUS
CURTIS SMITH**

**Writ Application from Vermilion Parish Case No. 38601**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. Marc T. Amy
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Curtis Smith** has this day been

**GRANTED FOR LIMITED PURPOSE:** Relator's application for rehearing is granted solely for the purpose of amending the ruling issued on May 14, 2010, to the following:

> **WRIT NOT CONSIDERED:**  Relator failed to show he presented his "Motion for Subpoena Duces Tecum" to the trial court prior to coming to this court.  Accordingly, Relator's writ of mandamus is premature.

cc: Michael Harson, Counsel for  the Respondent